NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff-Appellant*

**v.**

**CISCO SYSTEMS, INC., HTC AMERICA INC,
UNITED STATES CELLULAR CORPORATION,
SPRINT SPECTRUM, L.P., MOTOROLA
SOLUTIONS, INC., MOTOROLA MOBILITY LLC,**
*Defendants-Appellees*

---

2014-1496

---

Appeal from the United States District Court for the Northern District of California in No. 3:12-cv-01011-JST, Judge Jon S. Tigar.

---

**JUDGMENT**

---

TERESA M. SUMMERS, Morrison & Foerster LLP, Washington, DC, argued for plaintiff-appellant. Also represented by JOHN L. HENDRICKS, DANIEL ROBINSON SCARDINO, JOHN MATTHEW MURRELL, Reed & Scardino LLP, Austin, TX.

L. NORWOOD JAMESON, Duane Morris LLP, Atlanta, GA, argued for defendant-appellees. Defendant-appellee Cisco Systems, Inc., also represented by ALISON HADDOCK HUTTON, MATTHEW YUNGWIRTH, JOHN R. GIBSON; JOSEPH POWERS, Philadelphia, PA. Defendant-appellee HTC America Inc, also represented by FRED I. WILLIAMS, Akin, Gump, Strauss, Hauer & Feld, LLP, Austin, TX; ERIC JOSEPH KLEIN, TODD ERIC LANDIS, Dallas, TX. Defendant-appellee United States Cellular Corporation, also represented by RICHARD JOHN O'BRIEN, Sidley Austin LLP, Chicago, IL; BRYAN K. ANDERSON, ASHISH NAGDEV, Sidley Austin LLP, Palo Alto, CA; RYAN C. MORRIS, Washington, DC. Defendant-appellee Sprint Spectrum, L.P., also represented by JOHN J. COTTER, VENKATA RAMAN BHARATULA, K&L Gates LLP, Boston, MA. Defendant-appellees Motorola Solutions, Inc., Motorola Mobility LLC, also represented by STEVEN MOORE, Kilpatrick Townsend & Stockton LLP, San Francisco, CA; CARL ELLIOTT SANDERS, Winston-Salem, NC; FREDERICK LEE WHITMER, New York, NY; CHRISTOPHER SCHENCK, Seattle, WA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH and HUGHES, *Circuit Judges,* and FOGEL, *District Judge *).

---

*    Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Entered by Order of the Court


March 6, 2015                              /s/   Daniel   E.   O'Toole

         Date                                   Daniel E. O'Toole

                                                  Clerk of Court